**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UTILITY WORKERS UNION**<br>**OF AMERICA,**<br>**LOCAL 270,** | ) <br> ) <br> ) <br> ) | **CASE NO. 1:06-CV-01528** |
| Plaintiff, | ) <br> ) | **JUDGE GAUGHAN** |
| v. | ) <br> ) <br> ) | |
| **FIRSTENERGY GENERATION**<br>**CORPORATION,** | ) <br> ) <br> ) | **NOTICE OF VOLUNTARY**<br>**DISMISSAL** |
| Defendant. | ) <br> ) <br> ) | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(i) and because the

Defendant neither has served an answer nor a motion for summary judgment, Plaintiff

Utility Workers Union of America, Local 270 hereby dismisses its action without

prejudice.

<div style="margin-left:50%">

**JOYCE GOLDSTEIN &ASSOCIATES**

   /s/ Joyce Goldstein

Joyce Goldstein, Esq.  (#0029467)
   *jgoldstein@unionlaw.cc*
Paul F. Neil, Esq. (#0033788)
   *fneil@unionlaw.cc*
Emily Tidball, Esq. (#0075647)
   *etidball@unionlaw.cc*
1040 The Leader Building
526 Superior Avenue, East
Cleveland, Ohio 44114
(216) 771-6633
(216) 771-7559 (fax)

</div>

So Ordered.
  /s/ Patricia A. Gaughan
     6/28/06

<div style="margin-left:50%">

Counsel for the Plaintiff

</div>