# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UTILITY WORKERS UNION OF AMERICA, LOCAL 270, | CASE NO. 1:06-CV-01528 |
| Plaintiff, | JUDGE GAUGHAN |
| v. | |
| FIRSTENERGY GENERATION CORPORATION, | NOTICE OF VOLUNTARY DISMISSAL |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(i) and because the Defendant neither has served an answer nor a motion for summary judgment, Plaintiff Utility Workers Union of America, Local 270 hereby dismisses its action without prejudice.

JOYCE GOLDSTEIN &ASSOCIATES

 /s/ Joyce Goldstein

Joyce Goldstein, Esq.  (#0029467)
 *jgoldstein@unionlaw.cc*
Paul F. Neil, Esq. (#0033788)
 *fneil@unionlaw.cc*
Emily Tidball, Esq. (#0075647)
 *etidball@unionlaw.cc*
1040 The Leader Building
526 Superior Avenue, East
Cleveland, Ohio 44114
(216) 771-6633
(216) 771-7559 (fax)

So Ordered.
 /s/ Patricia A. Gaughan
 6/28/06

Counsel for the Plaintiff